UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE ESPINOZA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 1:24-cv-01259-KES-GSA<br><br>ORDER GRANTING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)<br><br>Doc. 10 |

　　On December 5, 2024, the parties filed a stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). Doc. 10. Based upon the terms of the stipulation, the Court ORDERS:

　　1.　The matter is REMANDED for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and

　　2.　The Clerk of Court is directed to enter judgment in favor of Plaintiff Lupe Espinoza and against Defendant, the Commissioner of Social Security.

IT IS SO ORDERED.

　　Dated:　December 6, 2024

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28